UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>M. L.</u>

    v.                                                Case No. 22-cv-77-PB

<u>Rivier University</u>

**<u>ORDER OF RECUSAL</u>**

I recuse myself from presiding over this case.

**SO ORDERED.**

                                                      <u>/s/ Paul J. Barbadoro</u>
                                                      Paul J. Barbadoro
                                                      United States District Judge

March 7, 2022

cc:   Counsel of Record